## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | |
| | : | Civil Action No. 09-1262 (WJM) |
| | : | |
| Plaintiff(s), | : | ORDER |
| v. | : | |
| | : | |
| **DAVID J. ROMEO, ET AL.** | : | |
| | : | |
| | : | |
| Defendant(s). | : | |
| | : | |

**THIS MATTER** having come before the Court by way of a status report submitted by Sheryl Mintz Goski, Esq., the court-appointed mediator in this matter; and in the interest of judicial economy and for good cause shown;

**IT IS** on this 15th day of October, 2009

**ORDERED THAT**:

1. The telephone status/settlement conference scheduled for **October 23, 2009 is hereby adjourned**. The parties shall no longer be required to submit status letters by October 16, 2009.

2. The parties shall return for the second mediation session scheduled for **December 18, 2009** before Sheryl Mintz Goski, Esq. By **December 28, 2009**, the parties shall submit a joint status report regarding the status of the mediation.

3. In light of the mediation, all discovery and motion practice is hereby **stayed**. The parties shall hold in abeyance their responses to all existing discovery demands, especially in light of the recent request for a protective order.


        *s/ Claire C. Cecchi*
        **HON. CLAIRE C. CECCHI**
        **United States Magistrate Judge**