# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | |
| | : | **Civil Action No. 09-1262 (WJM)** |
| | : | |
| **Plaintiff(s),** | : | **ORDER** |
| **v.** | : | |
| | : | |
| **DAVID J. ROMEO, ET AL.** | : | |
| | : | |
| | : | |
| **Defendant(s).** | : | |
| | : | |

     **THIS MATTER** having come before the Court by way of the mediator's request on behalf of the parties for an exception to the stay of all discovery in this matter so as to allow the depositions of Mr. Vickery and the brother of Defendant David J. Romeo to proceed; and in the interest of judicial economy and for good cause shown;

     **IT IS** on this 16th day of October, 2009

     **ORDERED THAT** the depositions of Mr. Vickery and David J. Romeo's brother shall proceed.  **All other discovery, including responses to existing discovery demands, shall be held in abeyance** in light of the recent request for a protective order.


        *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**