UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** : | |
| : | Civil Action No. 09-1262 (WJM) |
| **Plaintiff(s),** : | ORDER |
| v. : | |
| **DAVID J. ROMEO, ET AL.** : | |
| **Defendant(s).** : | |

**THIS MATTER** having come before the Court by way of the mediator's request on behalf of the parties for an exception to the stay of all discovery in this matter so as to allow the depositions of Mr. Vickery and the brother of Defendant David J. Romeo to proceed; and the Court having issued an Order, dated October 16, 2009, allowing the aforementioned depositions to proceed; and the Court having subsequently received opposition to the request to allow the two depositions to proceed; and in the interest of judicial economy and for good cause shown;

**IT IS** on this 19th day of October, 2009

**ORDERED THAT** any further correspondence in support of or in opposition to the depositions shall be submitted by **October 20, 2009 at 12:00 p.m.** Until further Order of the Court, **all discovery, including responses to existing discovery demands, shall be held in abeyance**.

　　　　　　　　　　　　　　　　　　　　　　　_s/ Claire C. Cecchi_
　　　　　　　　　　　　　　　　　　　　　　　**HON. CLAIRE C. CECCHI**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**