# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | |
| | : | **Civil Action No. 09-1262 (WJM)** |
| | : | |
| **Plaintiff(s),** | : | **ORDER** |
| **v.** | : | |
| | : | |
| **DAVID J. ROMEO, ET AL.** | : | |
| | : | |
| **Defendant(s).** | : | |
| | : | |

**IT IS** on this 21ˢᵗ day of December, 2009

**ORDERED** that, by **February 26, 2010**, the parties shall advise the Court in writing as to the status of the mediation in this matter.


 *s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**