UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | : | |
| | : | **Civil Action No. 09-1262 (WJM)** |
| **Plaintiff(s),** | : | |
| | : | **ORDER** |
| v. | : | |
| **DAVID J. ROMEO, ET AL.** | : | |
| **Defendant(s).** | : | |

**IT IS** on this 10th day of March, 2010

**ORDERED** that there shall be a telephone status/settlement conference on **April 23, 2010 at 2:30 p.m.**  Counsel for Plaintiff shall initiate the call.


_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**